JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ANTHONY FLORES, <br><br> Petitioner, <br><br> vs. <br><br> FRED FOULK, Warden, <br><br> Respondent. | Case No. CV 14-00747-MMM (DTB) <br><br> **J U D G M E N T** |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:  September 7, 2015

                                                                       MARGARET M. MORROW <br>
                                                                       UNITED STATES DISTRICT JUDGE